UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LAVENNA JOYCE SIMMS,**

   Plaintiff,

v.                                         **No. 4:23-cv-00921-P**

**EXCEL MEDICAL STAFFING,**

   Defendant.

## ORDER

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 17. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ADOPTS** the findings and conclusions of the Magistrate Judge and **ORDERS** that this case be **DISMISSED without prejudice**.

   **SO ORDERED** on this **22nd day of November 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE